UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------X
IN RE:                                      Chapter 11

    BAY PITA LLC,                           Case No.: 1-23-44114-ess

    Debtor.                             **NOTICE OF APPEARANCE**
------------------------------------X

PLEASE TAKE NOTICE that the undersigned appears for YEHEZKEL SALMAN and pursuant to Rules 2002 and 9007 of the Bankruptcy Rules and Section 1109(b) of the Bankruptcy Code, demand that all notices given or required to be given in this case and all papers served or required to be served in this case, be given to and served upon the undersigned at the office, post office address and telephone number set forth below.

PLEASE TAKE FURTHER NOTICE that pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, delivery, email, telephone, telegraph, telex or otherwise: (1) which affect or seek to affect in any way any of YEHEZKEL SALMAN rights or interests, with respect to (a) debtor; (b) property or proceeds thereof in which debtor may claim an interest; or © property or proceeds thereof in the possession custody or control of YEHEZKEL SALMAN

which debtor may seek to use; or (2) which require or seek to require any act, delivery or any property, payment or other conduct by YEHEZKEL SALMAN .

DATED:   Garden City, New York
         November 13, 2023

                                        /s/Adam E. Mikolay
                                        ADAM E. MIKOLAY, P.C.
                                        By: Adam E. Mikolay, Esq.
                                        Attorneys for YEHEZKEL SALMAN
                                        400 Garden City Plaza
                                        Suite 405
                                        Garden City, New York 11530
                                        (516) 222-2050

TO:   BRETT SILVERMAN, ESQ.
      SILVERMAN LAW PLLC
      Attorney for Debtor,
      BAY PITA LLC
      4 Terry Terrace
      Livingston, NJ 07039

      BAY PITA LLC
      Debtor
      1419 Coney Island Avenue
      Brooklyn, NY  111230

      U.S. TRUSTEE
      OFFICE OF THE UNITED STATES TRUSTEE
      Eastern District of NY (Brooklyn)
      Alexander Hamilton Custom House
      One Bowling Green
      Room 510
      New York, NY  10004

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

---

IN RE:

    BAY PITA LLC,

        Debtor.

---

**NOTICE OF APPEARANCE**

---

**ADAM E. MIKOLAY, P.C.**
Attorneys for YEHEZKEL SALMAN
400 Garden City Plaza
Suite 405
Garden City, New York 11530
(516) 222-2050